IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. WALTON,

        Petitioner,                    No. CIV S-09-1384 EFB P

    vs.

SACRAMENTO DISTRICT COURT,

        Respondent.              ORDER

_____/

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

        Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

        Within 30 days from the day this order is served, petitioner may submit either the filing fee or the application required by section 1915(a).

////

////

////

1

1    Petitioner's failure to comply with this order will result in a recommendation that this
2 action be dismissed.  The Clerk of the Court is directed to mail to petitioner a form application
3 for leave to proceed *in forma pauperis*.

4    So ordered.

5 DATED: August 6, 2009.

                                                                  /s/ Edmund F. Brennan
                                                                  EDMUND F. BRENNAN
                                                                  UNITED STATES MAGISTRATE JUDGE